## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Barry Scott Stollberg                                    CHAPTER 13
                        Debtor(s)

                                                       BKY. NO. 22-10384 TPA

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Towd Point Mortgage Trust 2019-1, U.S. Bank National Association, as Indenture Trustee and index same on the master mailing list.

      Respectfully submitted,

/s/ **Brian C. Nicholas**

Brian Nicholas
07 Sep 2022, 07:21:32, EDT

Brian C. Nicholas, Esq. (317240)  ☑
Denise Carlon, Esq. (317226)      ☐
Rebecca A. Solarz, Esq. (315936)  ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com

Document ID: 0349132b9aebf16a1213d67a8939c9b191cfd4c6079e436413fa572fbf1998db