# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Barry Scott Stollberg | No: 22-10384 |
| Debtor | CHAPTER 13 |

## NOTICE OF CHANGE OF ADDRESS

I, Charles Laputka, Esquire, hereby state that the Debtor, Barry Scott Stollberg's correct address is:

529 Pierce Ave Sharpsville, PA 16150.

Date: September 27, 2022

Laputka Law Office, LLC

/s/ Charles Laputka, Esquire
Charles Laputka, Esq.
Attorney for Debtor
PAID: 91984
1344 W. Hamilton St.
Allentown, PA 18102