**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1: | **Barry Scott Stollberg**<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–5685<br>EIN: __–_____ |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: ____<br>EIN: __–_____ |
| United States Bankruptcy Court: | WESTERN DISTRICT OF PENNSYLVANIA | Date case filed in chapter: 13   8/31/22 |
| Case number: | 22–10384–JCM | Date case converted to chapter: 7   9/29/23 |

Official Form 309B (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set        10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Barry Scott Stollberg | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 529 Pierce Ave.<br>Sharpsville, PA 16150 | |
| 4. | **Debtor's attorney**<br>Name and address | Charles Laputka<br>Laputka Law Office LLC<br>1344 W Hamilton St<br>Allentown, PA 18102 | Contact phone 610–477–0155<br>Email: claputka@laputkalaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Joseph B. Spero<br>3213 West 26th Street<br>Erie, PA 16506 | Contact phone 814–836–1011<br>Email: sperofirm@sperolawoffice.com |

**For more information, see page 2 >**

Official Form 309B (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**        page 1

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | U.S. Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 814–464–9740<br><br>Date: 9/29/23 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 14, 2023 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**341 Meeting will be conducted by phone, please consult the docket or, case trustee for call information.** |
| **8.**     **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | The presumption of abuse does not arise. |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 1/13/24** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 12/8/23** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 2/27/23** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 22-10384-JCM

Barry Scott Stollberg     Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: auto     Page 1 of 3
Date Rcvd: Sep 29, 2023     Form ID: 309B     Total Noticed: 32

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Barry Scott Stollberg, 529 Pierce Ave., Sharpsville, PA 16150-2034 |
| aty | + | Brian Nicholas, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15510578 | + | MRS BPO, 55 Beattie Place - Ste 110, Greenville, SC 29601-5115 |
| 15510577 | + | Mchael John Hoefs, Esquire, PO BOX 143, Suffern, NY 10901-0143 |
| 15510579 | + | N.N. Moss Company Inc, 241 Iraquois Drive, New Castle, PA 16105-1077 |
| 15510583 | + | Select Portfolio Servicing, PO Box 965036, Orlando, FL 32896-5036 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: claputka@laputkalaw.com | Sep 30 2023 00:44:00 | Charles Laputka, Laputka Law Office LLC, 1344 W Hamilton St, Allentown, PA 18102 |
| tr | + | EDI: QJBSPERO.COM | Sep 30 2023 04:31:00 | Joseph B. Spero, 3213 West 26th Street, Erie, PA 16506-2507 |
| smg | | EDI: PENNDEPTREV | Sep 30 2023 04:31:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 30 2023 00:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Sep 30 2023 04:31:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 30 2023 00:44:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.pi.ecf@usdoj.gov | Sep 30 2023 00:45:00 | Office of the United States Trustee, Liberty Center., 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222-3721 |
| 15514644 | | Email/Text: ebnbankruptcy@ahm.honda.com | Sep 30 2023 00:45:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 15524601 | | Email/PDF: bncnotices@becket-lee.com | Sep 30 2023 01:10:25 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15510569 | + | EDI: CITICORP.COM | Sep 30 2023 04:31:00 | Amex/CBNA, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 15510570 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Sep 30 2023 00:44:00 | Apple Card - GS Bank USA, PO Box 7247, Lockbox 6112, Philadelphia, PA 19170-6112 |

| Recip ID | | Notice Type | Date Sent | Name and Address |
|---|---|---|---|---|
| 15510571 | + | EDI: BANKAMER.COM | Sep 30 2023 04:31:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 15516482 | | EDI: BANKAMER.COM | Sep 30 2023 04:31:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 15510572 | | Email/Text: EBN_Brea@meduitrcm.com | Sep 30 2023 00:44:00 | CMRE/Financial Services, 3075 E Imperial Hwy - Ste 200, Brea, CA 92821 |
| 15525317 | | EDI: Q3G.COM | Sep 30 2023 04:31:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 15510574 | | EDI: DISCOVER.COM | Sep 30 2023 04:31:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850 |
| 15597134 | | EDI: DISCOVER.COM | Sep 30 2023 04:31:00 | Discover Bank, PO Box 3025, New Albany Ohio 43054-3025 |
| 15514851 | | EDI: DISCOVER.COM | Sep 30 2023 04:31:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany Ohio 43054-3025 |
| 15510575 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Sep 30 2023 00:44:00 | Goldman Sachs Bank USA, 200 West St, New York, NY 10282-2198 |
| 15512646 | | EDI: AIS.COM | Sep 30 2023 04:31:00 | Goldman Sachs Bank, USA, by AIS InfoSource, LP as Agent, PO Box 4457, Houston, TX 77210-4457 |
| 15510576 | | EDI: JPMORGANCHASE | Sep 30 2023 04:31:00 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850 |
| 15518942 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Sep 30 2023 00:44:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15510580 | + | Email/Text: mtgbk@shellpointmtg.com | Sep 30 2023 00:44:00 | NR/SMS/CAL, 55 Beattie Place - Ste 110, Greenville, SC 29601-5115 |
| 15527604 | + | Email/Text: mtgbk@shellpointmtg.com | Sep 30 2023 00:44:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 15510581 | | Email/Text: signed.order@pfwattorneys.com | Sep 30 2023 00:44:00 | Pressler, Felt & Warshaw LLP, 400 Horsham Road - Ste 110, Horsham, PA 19044 |
| 15510582 | + | Email/Text: bknotice@raslavrar.com | Sep 30 2023 00:44:00 | RAS Lavar LLC, 425 Commerce Drive, Suite 150, Fort Washington, PA 19034-2727 |
| 15545068 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 30 2023 00:45:00 | Towd Point Mortgage Trust 2019-1, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 15510584 | + | Email/Text: bkfilings@zwickerpc.com | Sep 30 2023 00:45:00 | Zwicker & Associates, 3220 Tillman Dr Ste 215, Bensalem, PA 19020-2028 |

TOTAL: 28

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Towd Point Mortgage Trust 2019-1, U.S. Bank Nation |
| 15510573 | | Deborah Durocher (deceased) |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 3 of 3 |
| Date Rcvd: Sep 29, 2023 | Form ID: 309B | Total Noticed: 32 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2023        Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2023 at the address(es) listed below:

**Name**   **Email Address**

Brian Nicholas
on behalf of Creditor Towd Point Mortgage Trust 2019-1  U.S. Bank National Association, as Indenture Trustee bnicholas@kmllawgroup.com

Charles Laputka
on behalf of Debtor Barry Scott Stollberg claputka@laputkalaw.com  jen@laputkalaw.com;jbolles@laputkalaw.com

Joseph B. Spero
sperofirm@sperolawoffice.com  jspero@ecf.axosfs.com;legalmom18@hotmail.com;kmrougeux@sperolawoffice.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 5