**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Barry Scott Stollberg | No: 22-10384 |
| Debtor | CHAPTER 13 |

**NOTICE OF CHANGE OF ADDRESS**

    I, Charles Laputka, Esquire, hereby state that the Debtor, Barry Scott Stollberg's correct address is:

3078 Spangler Rd
West Middlesex, Pa 16159

Date: <u>October 11, 2023</u>                                                                 Laputka Law Office, LLC

<u>/s/ Charles Laputka, Esquire</u>
Charles Laputka, Esq.
Attorney for Debtor
PAID: 91984
1344 W. Hamilton St.
Allentown, PA 18102