# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Barry Scott Stollberg | No: 22-10384 |
| Debtor | CHAPTER 13 |

## STATEMENT OF POST PETITION DEBT

The Debtor, Barry Scott Stollberg, hereby states that he has incurred the following debt after the filing of the original Chapter 13 case and before the conversion to the current Chapter 7 case:

Washington Commons Condominium Association Inc
c/o Greenabaum, Rowe, Smith & Davis LLP
PO Box 5600
Woodbridge, NJ 07095

Mission Lane LLC
PO Box 23075
Columbus, GA 31902-3075

ARStrat
231 W Main St – 2nd Floor
Denison, TX 75020

Dated: October 11, 2023          /s/Barry Scott Stollberg
                                 Debtor