**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| BARRY SCOTT STOLLBERG | Case No.:22-10384 |
| Debtor(s) | |
| Ronda J. Winnecour | Document No.: |
| Movant | |
| vs. | |
| No Respondents. | |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 08/31/2022 and confirmed on 09/28/2022. The case was subsequently (D) CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 17,655.00 |
| Less Refunds to Debtor | 111.38 | |
| TOTAL AMOUNT OF PLAN FUND | | 17,543.62 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 2,813.00 | |
|     Trustee Fee | 918.10 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,731.10 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   NEW REZ LLC D/B/A SHELLPOINT MORTG | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2094 | | | | |
|   TOWD POINT MORTGAGE TRUST ET AL U | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3350 | | | | |
| | \*\*\*NONE\*\*\* | | | |
| **Priority** | | | | |
|   CHARLES LAPUTKA ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BARRY SCOTT STOLLBERG | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BARRY SCOTT STOLLBERG | 111.38 | 111.38 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CHARLES LAPUTKA ESQ | 2,813.00 | 2,813.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   N N MOSS COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | \*\*\*NONE\*\*\* | | | |

| 22-10384 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
|    CITIBANK NA** | 8,969.51 | 1,369.09 | 0.00 | 1,369.09 |
|      Acct: 0616 | | | | |
|    GS BANK USA | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    BANK OF AMERICA NA** | 9,344.78 | 1,426.37 | 0.00 | 1,426.37 |
|      Acct: 3807 | | | | |
|    BANK OF AMERICA NA** | 2,935.99 | 448.13 | 0.00 | 448.13 |
|      Acct: 2331 | | | | |
|    CMRE FINANCIAL SVC | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    DISCOVER BANK(*) | 6,970.07 | 1,063.91 | 0.00 | 1,063.91 |
|      Acct: 2011 | | | | |
|    GOLDMAN SACHS BANK USA BY AIS INFO | 17,345.26 | 2,647.52 | 0.00 | 2,647.52 |
|      Acct: 9590 | | | | |
|    JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    JPMORGAN CHASE BANK NA S/B/M/T CHA | 14,563.59 | 2,222.94 | 0.00 | 2,222.94 |
|      Acct: 2638 | | | | |
|    MRS BPO, L.L.C. | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    AMERICAN HONDA FINANCE CORP* | 697.05 | 0.00 | 0.00 | 0.00 |
|      Acct: 5788 | | | | |
|    AMERICAN EXPRESS NATIONAL BANK | 30,363.22 | 4,634.56 | 0.00 | 4,634.56 |
|      Acct: 2003 | | | | |
|    CREDITOR INFORMATION MISSING OR VA | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    PRESSLER FELT & WARSHAW LLP | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    RAS LAVARR LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    ZWICKER & ASSOCIATES PC | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
| | | | | 13,812.52 |

**TOTAL PAID TO CREDITORS**     13,812.52

TOTAL CLAIMED
  PRIORITY      0.00
  SECURED      0.00
  UNSECURED      91.189.47

Date: 10/26/2023

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com