IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 22-10384-JCM |
| | : | | |
| Barry Scott Stollberg | : | Chapter: | 7 |
| | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 11/30/2023 |
| | : | Time: | 02:30 |

## PROCEEDING MEMO

**MATTER**     #45 Status Conference on Conversion Order from Chapter 13 to Chapter 7

**APPEARANCES:**

Debtor: Charles Laputka (no appearance)

**NOTES:**

J.:     If a 1019 conversion report is not filed within seven days, an Order to Show Cause will be issued against Attorney Laputka.

**OUTCOME:**     Chambers to issue order.

SIGNED
11/30/23 4:13 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA